

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

July 12, 2019

File No. 37986.2435

**VIA ECF**
Hon. Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

  Re: *Thorne v. Datrex, Inc.*
    Case No. 19-cv-1045 (LTS) (BCM)

Dear Judge Swain:

  As counsel for Defendant, and with plaintiff's counsel's consent, I write to address your Honor's Order dated July 9, 2019 regarding the parties' prior joint request for judicial approval of the Consent Decree [DE 15]. In response to the inquiry about whether judicial approval is sought for the parties' separate settlement agreement, I am confirming that the parties do not seek approval of that agreement. Accordingly, we do not plan to file it with the Court.

  Thank you for your attention to this matter.

            Respectfully,

            *Peter T. Shapiro*

            Peter T. Shapiro of
            LEWIS BRISBOIS BISGAARD & SMITH LLP

cc: Counsel of Record (via ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY
LOUISIANA • MARYLAND • MASSACHUSETTS • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK
NORTH CAROLINA • OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • WASHINGTON • WEST VIRGINIA
4828-2092-3548.1